AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| United States of America<br>v.<br><br>Owen Omar Giron-Palma<br><br>*Defendant* | )<br>)  Case No.   3:25-mj-00185<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Owen Omar Giron-Palma,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Possession with the intent to distribute Fentanyl, a Schedule II controlled substance (400 grams or more), in violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(A)(vi);

Date: 07/03/2025

*Issuing officer's signature* — Jolie A. Russo

City and state:   Portland, Oregon

Hon. Jolie A. Russo, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* July 3, 2025, and the person was arrested on *(date)* July 3, 2025
at *(city and state)*   Portland, OR.

Date: _____

DAVID I SLAFSKY
Digitally signed by DAVID I SLAFSKY
Date: 2025.07.03 08:33:48 -07'00'
*Arresting officer's signature*

Special Agent David Slafsky
*Printed name and title*